

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00157-CR

Ex Parte Sergio Rodriguez Cuellar

On appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. CR-0541-03-A(1)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment denying the application for a writ of habeas corpus and reinstating appellee's conviction.

We further order this decision certified below for observance.

July 14, 2016